# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| In re:<br><br>HARRIET H. GRAY,<br><br>　　　Debtor. | Case No.  09-14445-RGM<br>(Chapter 13) |
| HARRIET H. GRAY,<br><br>　　　Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, N.A.,<br><br>　　　Defendant. | Adv. Proc. No. 09-1224 |

## ORDER

This case was before the court on the debtor's motion for a default judgment. For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the motion is denied.

Alexandria, Virginia
January 15, 2010

　　　　　　　　　　　　　　　　　　　　　　　/s/Robert G. Mayer
　　　　　　　　　　　　　　　　　　　　　　　Robert G. Mayer
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

copies to:

Thomas P. Gorman
H. Darden Hutson

15709